# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1499
LT Case No. 16-2006-CF-12671-A

_____

JOSHUA JEVAUGHN HOLT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Joshua Jevaughn Holt, Milton, pro se.

No Appearance for Appellee.

August 13, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____